UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-145-WFN |
| Plaintiff, | |
| v. | ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF DETENTION |
| MICHAEL BARRY YUILL, | |
| Defendant. | ☑ MOTION DENIED **(Ct. Rec. 24)** |

Date of bail review hearing: **November 16, 2009.**

☑ Insufficient information presented to reasonably assure Defendant's future appearance.

**IT IS ORDERED** Defendant's Motion for Release from Custody (Ct. Rec. 24) is **DENIED**. Defendant shall remain in the custody of the U.S. Marshal pending further order of the court.

DATED November 16, 2009.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION FOR
RECONSIDERATION OF DETENTION  1